AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111).

| 1. Person Reporting (Last name, First name, Middle initial)  Gajarsa, Arthur J | 2. Court or Organization  U.S. Court of Appeals for the FEDERAL CIRCUIT | 3. Date of Report  4/20/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Appeals Judge - Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial ● Annual ○ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  717 Madison Place, N.W.  Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

|  | | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Rensselaer institute |
| 2. | Board of Directors | Georgetown University |

RECEIVED
May 16 2 21 PM '05
FINANCIAL
DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | Joseph, McDermott & Reiner, P.C. - To receive all receivables and out of pocket expenses attributable to Gajarsa clients. Payment made on a monthly basis is DEFERRED COMPENSATION. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | International Judicial Relations Committee of the Administrative Office | January 5-7, 2004, San Isabel, FL, Speaker, (airfare, lodging, out of pocket costs) |
| 2. | International Judicial Relations Committee of the Administrative Office | June 6-9, 2004, Seattle, WA, Speaker, (airfare, lodging, out of pocket costs) |
| 3. | Federal Circuit Bar Association | June 26-29, 2004, Colorado Springs, CO, Speaker, (airfare, lodging, out of pocket costs) |
| 4. | American Law Institute - American Bar Institute | September 30 - October 1, 2004, Chicago, IL, Speaker, (airfare, lodging, out of pocket costs) |
| 5. | Chicago-Kent Law School | October 24-25, 2004, Chicago, IL, Speaker, (airfare, lodging, out of pocket costs) |
| 6. | FLAW/Georgia State Bar IP | November 13-16, 2004, Cabo San Lucas, Mexico, Speaker, (airfare, lodging, out of pocket costs) |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. LEGG MASON | MARGIN LOAN | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. UNIVERSAL HEALTH REALTY INCOME TRUST | D | Dividend | N | T | | | | | |
| 2. U.S TREASURY SER M | | None | | | SELL | 05/11 | K | | |
| 3. GOLD COIN COLLECTION | | None | L | W | | | | | |
| 4. BANK OF AMERICA | A | Interest | K | T | | | | | |
| 5. ROCKYWOLD DEEPHAVEN CAMPS | A | Dividend | K | T | | | | | |
| 6. SPECIAL SITUATIONS PRIVATE EQUITY FUND, LP | B | Dividend | O | T | | | | | |
| 7. SCIENTIFIC ATLANTA INC | A | Dividend | N | T | | | | | |
| 8. ORTEK THERAPEUTICS INC | | None | K | T | | | | | |
| 9. ICOS CORP | | None | M | T | | | | | |
| 10. WALT DISNEY COMPANY | A | Dividend | L | T | PARTIAL SALE | 01/27 | K | | |
| 11. CENDENT CORP | C | Dividend | M | T | | | | | |
| 12. CORNING INC | | None | L | T | | | | | |
| 13. MICROSOFT CORP | D | Dividend | L | T | | | | | |
| 14. MOTOROLA INC | D | Dividend | O | T | PARTIAL SALE | 12/31 | L | | |
| 15. NUVEEN SECTOR PORTFOLIO BIOTECHNOLOGY - UIT | | None | J | T | PARTIAL SALE | 12/30 | J | | |
| 16. SELIGMAN NEW TECHNOLOGIES | | None | K | T | | | | | |
| 17. LEGG MASON CASH RESERVES - MMKT | B | Dividend | M | T | | | | | |
| 18. VALEANT PHARMACEUTICALS INC | A | Dividend | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B) and D4)    F = $50,00 -$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,00 -$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. KONINKLIJKE PHILIPS ELECTRONICS | A | Dividend | | | SELL | 03/29 | L | | |
| 20. LSI LOGIC CORP | | None | K | T | PARTIAL SALE | 12/30 | J | | |
| 21. RITE AID CORP | | None | M | T | | | | | |
| 22. ALLIANCE CAP RESERVES - MMKT | | None | | | SELL | VAR | J | | |
| 23. JANUS INVT GLOBAL LIFE SCIENCES | | None | J | T | | | | | |
| 24. FIRST TRUST #415 - S GENOMETRICS & PROTEOMICS PORT | | None | J | T | | | | | |
| 25. BANK OF AMERICA CORP | | None | J | T | | | | | |
| 26. WACHOVIA CORP 2ND NEW | C | Dividend | M | T | | | | | |
| 27. SPECIAL SITUATIONS TECH FUND, LP | A | Interest | N | T | | | | | |
| 28. JAPAN SMALLER CAPITALIZATION FUND INC | | None | | | SELL | 01/15 | K | | |
| 29. MASS MUTUAL PARTN INVS | D | Dividend | M | T | | | | | |
| 30. AIM SELECT REAL ESTATE INCOME FUND | C | Dividend | K | T | | | | | |
| 31. NORTEL NETWORKS CORP | | None | K | T | | | | | |
| 32. NUVEEN INVESTMENT QUALITY MUNICIPAL FUND INC | A | Dividend | K | T | | | | | |
| 33. NUVEEN SELECT QUALITY MUNICIPAL FUND INC | A | Dividend | K | T | PARTIAL SALE | 06/23 | K | | |
| 34. NUVEEN INSURED MUNICIPAL OPPORTUNITY FUND INC | D | Dividend | L | T | PARTIAL SALE | 06/25 | K | | |
| 35. RUMSON-FAIR HAVEN BK & TRUST CO | | None | N | T | PARTIAL SALE | 11/08 | K | D | |
| 36. MARYLAND ST HEALTH & HIGHER EDUCATION | B | Interest | L | T | | | | | |

1. Income/Gain Codes   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. EVERGREEN INCOME ADVANTAGE FUND | D | Dividend | L | T | | | | | |
| 38. JOHN HANCOCK PREFERRED INCOME FUND | C | Dividend | L | T | | | | | |
| 39. NEXTEL COMMUNICATONS INC | | None | | | SELL | 12/20 | K | D | |
| 40. HEALTH CARE REIT INC | B | Dividend | K | T | | | | | |
| 41. LEGG MASON GOVERNMENT MMKT | A | Dividend | | | SELL | VAR | N | | |
| 42. AMEREN CORP | | None | | | SELL | 01/13 | K | D | |
| 43. CONSOLIDATED EDISON | C | Dividend | L | T | | | | | |
| 44. FIRST ENERGY CORP | | None | | | SELL | 01/13 | J | B | |
| 45. MASSMUTUAL CORPORATE INVESTORS | D | Dividend | M | T | | | | | |
| 46. NORTHEAST UTILITIES | | None | | | SELL | 01/13 | J | B | |
| 47. NSTAR | C | Dividend | M | T | | | | | |
| 48. PEPCO HOLDINGS | A | Dividend | J | T | | | | | |
| 49. SBC COMMUNICATION INC | A | Dividend | J | T | | | | | |
| 50. VERIZON COMMUNICATIONS | A | Dividend | | | SELL | 06/01 | J | | |
| 51. VODAFONE GROUP | A | Dividend | K | T | | | | | |
| 52. FEDERAL REALTY INVESTMENT TRUST | A | Dividend | K | T | | | | | |
| 53. UNITED DOMINION REALTY TRUST | A | Dividend | K | T | | | | | |
| 54. FEDERAL HOME LOAN MORTGAGE CORPORATION | A | Dividend | | | SELL | 11/08 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $90,001-$100,000 | G = $100,000-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. FREESCALE SEMICONDUCTOR INC | | None | L | T | SPIN-OFF | 11/26 | L | · | |
| 56. NATIONAL INSTRUMENTS CORP | A | Dividend | L | T | BUY | VAR | L | | |
| 57. FRIEDMAN BILLINGS RAMSEY GROUP | | None | K | T | BUY | 12/28 | K | | |
| 58. SWISS HELVETIA FUND INC | A | Dividend | | | BUY | 01/15 | K | | |
| 59. SWISS HELVETIA FUND INC | | None | | | SELL | 12/28 | K | B | |
| 60. MARINER TOWER LP | | None | K | T | BUY | 2004 | K | | |
| 61. TGC INDUSTRIES INC | C | Dividend | M | T | BUY | 2004 | M | | |
| 62. FIDELITY & TRUST FINANCIAL CORP | | None | K | T | BUY | 03/04 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

AUSPEX SYSTEM INC SHOULD HAVE BEEN REPORTED AS A TOTAL SALE IN 2003.

FREESCALE SEMICONDUCTOR INC (LINE 55) WAS A SPIN-OFF FROM MOTOROLA INC.

BANK OF AMERICA CORP (LINE 25) WAS FORMALLY FLEETBOSTON FINANCIAL CORP.

VIII  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____5-/5-05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544